UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

The United States of America (with
and/or without the United States) ex rel,
Sharon Bridgewater, "Private Attorney
General" and on behalf of (Specialty Investment
Group L.L.C.A dissolved Georgia Company
and/or Specialty Global Investments, INC.
a dissolved Nevada Corporation

    QUI TAM RELATOR,

V                                                                                           Case No: 12-13942
                                                                                         Honorable Victoria A. Roberts

BARAK H. OBAMA, ET AL,

    Defendants.
_____/

## OPINION AND ORDER SUMMARILY DISMISSING COMPLAINT

    Plaintiff filed a 187 page Complaint with attachments, and a voluminous application for temporary restraining order, against President Barak H. Obama, Attorney General Eric Holder and countless other named and unnamed defendants. Plaintiff seeks, and the Court grants her, *in forma pauperis* status.

    Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss any action filed *in forma pauperis* that is factually frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from suit. Factual frivolousness includes allegations that are "clearly baseless," "fantastic," or "delusional." *See Neitzke v. Williams*, 490 U.S. 319, 327-28, 109 S. Ct. 1827, 1833

(1989). Plaintiff's complaint is frivolous under Section 1915(e), as it is both fantastic and delusional.

Accordingly, Plaintiff's complaint is **DISMISSED**

**IT IS ORDERED**.

    /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: September 7, 2012

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Sharon Bridgewater by electronic means or U.S. Mail on September 7, 2012.<br><br>S/Linda Vertriest<br>Deputy Clerk |

2